```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF TENNESSEE
                           WESTERN DIVISION
```

| | |
|---|---|
| **MUSAB MOHAMED ALHUSSEIN,** ) | |
| **a/k/a MUSAB IBRAHIM,** ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | No. 23-cv-2662-SHM-tmp |
| ) | |
| **SUSANNE REEM,** ) | |
| ) | |
|     Defendant. ) | |

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order (ECF No. 6), docketed April 5, 2024, dismissing the case without prejudice.

## APPROVED:

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| *April 5, 2024* | WENDRY R. OLIVER |
| DATE | CLERK |
| | |
| | */s/ Jairo Mendez* |
| | (By) DEPUTY CLERK |